UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       - v. -

SALVATORE MOLINA,

               Defendant.

- - - - - - - - - - - - - - - - - -X

**SEALED INDICTMENT**

**07 CRIM. 511**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
JUN 0 7 2007

## COUNT ONE

The Grand Jury charges:

1. In or about September, 2006, in the Southern District of New York and elsewhere, SALVATORE MOLINA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

2. It was a part and an object of the conspiracy that SALVATORE MOLINA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, the transfer of tens of thousands of dollars in cash, represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, narcotics trafficking, knowing that the transactions were designed in whole and in part

to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I).

## Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, was committed in the Southern District of New York:

   a. On or about September 8, 2006, SALVATORE MOLINA, the defendant, possessed narcotics proceeds in Manhattan.

   b. On or about September 15, 2006, SALVATORE MOLINA, the defendant, possessed narcotics proceeds in Manhattan.

(Title 18, United States Code, Section 1956(h).)

## FORFEITURE ALLEGATION

4. As a result of the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count One of this Information, SALVATORE MOLINA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to a sum of money equal to $149,846 in United States currency, in

that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property.

### Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which
cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SALVATORE MOLINA,

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 1956(h) & 982)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

HK 6/7/07  Indictment filed under seal.

Francis, J.