

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,              :    ORDER

        - v. -                         :
                                            07 Cr. 511
SALVATORE MOLINA,                      :

                Defendant.             :

- - - - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States of America by Jeffrey Brown, Assistant United States Attorney; it is hereby ORDERED that the Indictment in this matter, 07 Cr. 511, be unsealed.

Dated:  New York, New York
        June 11, 2007

_____
UNITED STATES MAGISTRATE JUDGE
**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**