UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                        :
:    07 Cr. 511 (GEL)
-v-                                              :
:    ORDER
SALVATORE MOLINA, TONY DUH, AND                  :
LINDA DUH,                                       :
:
Defendants.              :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

    The Government, with the consent of defense counsel, has requested that the subsequent conference currently scheduled for October 5, 2007, be rescheduled for early November so that the parties can continue discussions about a possible disposition. They request that time be excluded under the Speedy Trial Act.

    Because the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of defendants and of the public in a speedy trial, it is hereby ORDERED that:

    1. The subsequent conference is adjourned to November 2, 2007, at 2:30 p.m., and the time from October 5, 2007, until November 2, 2007, is excluded from the Speedy Trial calculation in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           October 1, 2007

                                                                   _____
                                                                   GERARD E. LYNCH
                                                                United States District Judge