UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                        :
UNITED STATES OF AMERICA,               :
                                        :        07 Cr. 511 (GEL)
        -v-                             :
                                        :        ORDER
SALVATORE MOLINA, TONY DUH, AND         :
LINDA DUH,                              :
                                        :
                    Defendants.         :
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07

GERARD E. LYNCH, District Judge:

        By letter dated October 30, 2007, counsel for Tony Duh, on behalf of his client as well as
Linda Duh (with the consent and approval of her counsel), as well as with the consent of the
Government, request that the status conference currently scheduled for November 2, 2007, be
rescheduled for November 20, 2007, so that the parties can continue discussions about a possible
disposition. Defendants consent to the exclusion of time under the Speedy Trial Act.

        Because the Court finds that the reasons for the continuance are in the interests of justice
and outweigh the interests of defendants and of the public in a speedy trial, it is hereby
ORDERED that:

        1. The subsequent conference is adjourned to November 20, 2007, at 2:00 p.m., and the
time from November 2, 2007, until November 20, 2007, is excluded from the Speedy Trial
calculation in the interest of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:      New York, New York
            October 31, 2007

                                                GERARD E. LYNCH
                                                United States District Judge