USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-5-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :
                                  :       **INFORMATION**
            - v. -                :
                                  :       S2 07 Cr. 511 (GEL)
SALVATORE MOLINA,                 :
                                  :
                  Defendant.      :
                                  :
- - - - - - - - - - - - - - - - -X

**COUNT ONE**

(Conspiracy to Commit Money Laundering)

The Untied States Attorney charges:

1.   In or about September 2006, in the Southern District of New York and elsewhere, SALVATORE MOLINA, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to violate Section 1956(a)(1)(B)(i) of Title 18, United States Code.

2.   It was a part and an object of the conspiracy that SALVATORE MOLINA, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, knowing that the property involved in certain financial transactions, to wit, the transfers of hundreds of thousands of dollars in cash, represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, narcotics trafficking,

knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I).

   3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

    a. On or about September 8, 2006, SALVATORE MOLINA, the defendant, possessed narcotics proceeds in Manhattan.

    b. On or about September 15, 2006, SALVATORE MOLINA, the defendant, possessed narcotics proceeds in Manhattan.

(Title 18, United States Code, Section 1956(h).)

### **Forfeiture Allegation**

   4. As a result of the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count One of this Information, SALVATORE MOLINA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including, but not limited to, the following:

a.   A sum of money equal to $300,000.00 in United States currency representing the amount of proceeds laundered as a result of the offenses described in Count One of this Information, including but not limited to the $149,846.00 in United States currency, seized on or about September 15, 2007, from SALVATORE MOLINA, the defendant, in the vicinity of 22 West 30th Street, New York, New York.

b.   The following firearms which were seized from SALVATORE MOLINA, the defendant, at the time of his arrest:

| No. | Manufacturer | Caliber | Serial Number |
|---|---|---|---|
| 1 | Beretta | 9mm | BER395715 |
| 2 | Beretta | 9mm | ST00305 |
| 3 | Beretta | 9mm | ST00365 |
| 4 | Beretta | 9mm | BER393652 |
| 5 | Beretta | .32 | DAA364430 |
| 6 | Bersa | .380 | 571308 |
| 7 | Bersa | .380 | 567894 |
| 8 | Bersa | 9mm | 646236 |
| 9 | Bersa | .380 | 576839 |
| 10 | Colt | 10mm | DS14221 |
| 11 | Colt | .38s | FR24832E |
| 12 | Colt | .38s | ELCEN1967 |
| 13 | Colt | .38s | 38SCG0238 |
| 14 | Glock | 10mm | KPN883 |
| 15 | Kimber | 10mm | KF09943 |
| 16 | AK-47 | 7.62 | DU4552 |
| 17 | AK-47 | 7.62 | S18597803 |
| 18 | AK-47 | 7.62 | 1986SBR2325 |
| 19 | Colt M-4 | .223 | 405068 |
| 20 | Colt M-4 | .223 | 404904 |

3

    c. All United States currency funds or other monetary instruments credited to account numbers 0651001939; 655910206; 81004319; 61001939; 10024701, and 65002288 in the name of "Fine Accessories Plus Inc. d/b/a Real Style Accessories", located at Cathay Bank, 235 Fifth Avenue, New York, New York, 10016.

    d. All United States currency funds or other monetary instruments credited to account numbers 8917888094; 0109108638, and 0109108646, in the names of "Tony Duh" and "Linda Duh," located at Commerce Bank, 11000 Atrium Way, Mount Laurel, NJ 09054.

    e. All United States currency funds or other monetary instruments credited to account numbers 907-1576264-65 and 907-1576264-01, in the name of Linda Duh, as well as certificate of deposit number 1000070955029 in the name of Linda Duh, located at J.P. Morgan Chase Bank in New York, New York.

    f. All United States currency funds or other monetary instruments credited to account numbers 3608719; 3701034; 3212735; 3207222; 3608189; 3608155; 3214079; 3214640; 3700671, and 3302213 in the names of "Fine Accessories Plus Inc. d/b/a Real Style Accessories" and "Sun Chain International Corp." located at Broadway National Bank, 250 Fifth Avenue, New York, New York.

    g. All United States currency funds or other monetary instruments credited to account numbers 10024701; 61001939; 65002288; 81004319 in the names of "Fine Accessories

Plus Inc. d/b/a Real Style Accessories" and "Sun Chain International Corp." located at Great Eastern Bank, New York, New York.

   h. All United States currency, seized on or about June 23, 2007, from within the premises located at 22 West 30th Street, New York, New York, which includes approximately $500,000.

   i. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 22 West 30th Street, New York, New York, more particularly described as Block 831, Lot 52.

   j. All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 220-02 46th Avenue, Bayside, New York, more particularly described as Section 33, Block 7482, Lot 148.

   k. One 2003 Mercedes Benz E320, bearing vehicle identification number WDBUF65J63A85790.

### Substitute Asset Provision

   5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

      (4) has been substantially diminished in value; or

      (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Sections 982 and 1956.)


                                           _____
                                           MICHAEL J. GARCIA
                                           United States Attorney