| U.S. Department of Justice<br>United States Marshals Service | ORIGINAL | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07 Cr. 511 (GEL) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Salvatore Molina | Notice of Publication |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Sandy Moo, USMS |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Street, NY, NY 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
Return to: Karyn Leon-Matovick/FSA Paralegal

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                  Fold

Please publish the attached notice of publication once a week for three consecutive weeks.

USAO#2007R00537

CATS# 06-DEA-473244/07-DEA-486561

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA RUA M. Kelly  *Rua M. Kelly* | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2471 | DATE<br>2/5/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk *Sandy M W* | Date 2/11/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 4/3/08  Time  am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/3/08 - Notice was published in the New York Law Journal on February 27, March 5, and March 12, 2008. (copy attached)

PRIOR EDITIONS MAY BE USED                                                                           FORM USM-285

STATE OF NEW YORK
*County of New York,* s.:

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 27th day of February, 2008.

TO WIT: FEBRUARY 27, 2008 MARCH 5, 12, 2008

Cynthia Byrd

SWORN TO BEFORE ME, this 12th day
Of March, 2008.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

---

**MISCELLANEOUS**

**NOTICE OF:**
**United States v.**
**Salvatore Molina**
**S2 07 Cr. 511 (GEL)**

NOTICE IS HEREBY given that on January 4, 2008, in the case of United States v. Salvatore Molina, S2 07 Cr. 511 (GEL), the United States District Court for the Southern District of New York entered an Order of Forfeiture/Preliminary Order of Forfeiture condemning and forfeiting Salvatore Molina's right, title, and interest in the following Subject Property to the United States Marshals Service:

a. $149,846.00 in United States currency, seized on or about September 15, 2006, from the defendant, Salvatore Molina, in the vicinity of 22 West 30th Street, New York, New York;

b. The following firearms which were seized from the defendant, Salvatore Molina, at the time of his arrest:

No., Mfg., Caliber, Serial #
1. Beretta, 9mm, BER395715
2. Beretta, 9mm, ST00305
3. Beretta, 9mm, ST00365
4. Beretta, 9mm, BER393652
5. Beretta, .32, DAA364430
6. Bersa, .380, 571308
7. Bersa, .380, 567804
8. Bersa, 9mm, 646236
9. Bersa, .380, 576839
10. Colt, 10mm, DS14221
11. Colt, .38s, FR24832E
12. Colt, .38s, ELCEN1967
13. Colt, .38s, 38SCG0238
14. Glock, 10mm, KPN883
15. Kimber, 10mm, KF09043
16. AK-47, 7.62, DU4552
17. AK-47, 7.62, 518597803
18. AK-47, 7.62, 1986SBR2325
19. Colt M-4, .223, 405068
20. Colt M-4, .223, 404904

The Order of Forfeiture/Preliminary Order of Forfeiture having been entered on January 4, 2008 the United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Marshals Service may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be April 11, 2008. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website will contain a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

MICHAEL J. GARCIA
U.S. Attorney/SDNY