```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :   07 Cr. 511 (GEL)
            -v-                                             :
                                                            :   ORDER
SALVATORE MOLINA, TONY DUH, AND                             :
LINDA DUH,                                                  :
                                                            :
                        Defendants.                         :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      By letter dated September 11, 2008, and with the government's consent, counsel for defendant Tony Duh requests that the geographic restrictions imposed on Mr. Duh be amended to permit Mr. Duh to travel to Connecticut for his wife's surrender to F.C.I. Danbury, in Danbury, Connecticut and, if allowed by the U.S. Bureau of Prisons, to permit Mr. Duh to visit his wife in the future. Counsel for Mr. Duh also requests, with the consent of U.S. Probation Officer Leo Berrios, removal of Mr. Duh's electronic monitoring device following Mrs. Duh's incarceration. Accordingly, it is hereby ORDERED:

1. The geographic restrictions imposed on defendant Tony Duh shall be amended to permit Mr. Duh to drive his wife to Danbury, Connecticut for her surrender to F.C.I. Danbury on September 12, 2008.

2. To the extent permitted by the U.S. Bureau of Prisons, the geographic restrictions imposed on Mr. Duh shall also be amended to allow Mr. Duh to visit his wife in F.C.I. Danbury in the future.

3. The electronic monitoring device attached to Mr. Duh shall be removed upon the incarceration of his wife, Linda Duh.

SO ORDERED.

Dated:    New York, New York
           September 11, 2008

                                                                      _____
                                                                     GERARD E. LYNCH
                                                                     United States District Judge