```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :        07 Cr. 511 (GEL)
           -v-                                              :
                                                            :        ORDER
SALVATORE MOLINA, TONY DUH, AND                             :
LINDA DUH,                                                  :
                                                            :
                          Defendants.                       :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      Upon the government's motion for reconsideration, it is hereby ORDERED that paragraph 3 of the Court's order of September 11, 2008, is vacated.  Mr. Duh's electronic monitoring device shall remain in place.

SO ORDERED.

Dated:      New York, New York
            September 16, 2008

                                                    _____
                                                        GERARD E. LYNCH
                                                    United States District Judge